UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN MAYERI,<br><br>    Defendant. | Case No. 20-cv-07233-SI<br><br>**ORDER FURTHER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 15 |

Defendants have filed an *ex parte* request for a second extension of the deadline to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Oliver Wu, the court GRANTS the request. Docket No. 15. The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **July 23, 2021**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **August 27, 2021**. Defendants must file and serve their reply brief (if any) no later than **September 10, 2021**.

Defense counsel is reminded that declarations must be in proper form in future filings, i.e., declarations are to be made under penalty of perjury. *See* 28 U.S.C. §1746.

**IT IS SO ORDERED**.

Dated: May 25, 2021

_____
SUSAN ILLSTON
United States District Judge