UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID D. HARRIS,

             Plaintiff,

    v.

DR. STEPHEN MAYERI,

             Defendant.

Case No.  20-cv-07233-SI (pr)

**JUDGMENT**

Judgment is now entered in defendant's favor and against plaintiff.

**IT IS SO ORDERED AND ADJDUGED.**

Dated: March 16, 2022

SUSAN ILLSTON
United States District Judge